UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

HEATHER FURR,

    Plaintiff

v.　　　　　　　　　　　　　　　　　　　　Cause No.: 4:22-cv-00160-TWP-KMB

FLOYD COUNTY SHERIFF,

    Defendant

## **STIPULATION OF DISMISSAL**

It is stipulated by and between the parties hereto that all matters in controversy in the above cause of action, including all claims contained in the Complaint against the Defendant, Floyd County Sheriff, and any representative of the named Defendant, have been fully compromised, settled and/or resolved. It is further stipulated that the parties shall pay their own costs, expenses and attorney fees.

It is, therefore, stipulated and agreed that the Complaint is hereby dismissed against the above-referenced named Defendant, with prejudice.

Dated this ___ day of _____, 2023.

AGREED TO BY:

| | |
|---|---|
| /s/ *Laura E. Landenwich* | s/ *R. Jeffrey Lowe* |
| Laura E. Landenwich | R. Jeffrey Lowe |
| Candace L. Curtis | KIGHTLINGER & GRAY, LLP |
| ADAMS LANDENWICH WALTON, PLLC | Bonterra Building, Suite 200 |
| 517 West Ormsby Avenue | 3620 Blackiston Blvd. |
| Louisville, KY 40203 | New Albany, IN 47150 |
| laura@justiceky.com | jlowe@k-glaw.com |
| candace@justiceky,com | *Counsel for Defendant,* |
| *Counsel for Plaintiff, Heather Furr* | *Floyd County Sheriff* |

234009\63366591-1