UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

**Acknowledged**
TWP
December 6, 2023

HEATHER FURR,

    Plaintiff

v.                                         Cause No.: 4:22-cv-00160-TWP-KMB

FLOYD COUNTY SHERIFF,

    Defendant

## STIPULATION OF DISMISSAL

It is stipulated by and between the parties hereto that all matters in controversy in the above cause of action, including all claims contained in the Complaint against the Defendant, Floyd County Sheriff, and any representative of the named Defendant, have been fully compromised, settled and/or resolved. It is further stipulated that the parties shall pay their own costs, expenses and attorney fees.

It is, therefore, stipulated and agreed that the Complaint is hereby dismissed against the above-referenced named Defendant, with prejudice.

Dated this ___ day of _____, 2023.

AGREED TO BY:

/s/ *Laura E. Landenwich*
Laura E. Landenwich
Candace L. Curtis
ADAMS LANDENWICH WALTON, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
laura@justiceky.com
candace@justiceky,com
*Counsel for Plaintiff, Heather Furr*

s/ *R. Jeffrey Lowe*
R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150
jlowe@k-glaw.com
*Counsel for Defendant,*
*Floyd County Sheriff*

234009\63366591-1